IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAUL FRANKLIN CLARK, JR.**  **PLAINTIFF**
**#113059**

v.   No: 3:25-cv-126-DPM

**RONNIE COLE**, Sheriff, Clay
County; **CANDY FRY**, Jail
Administrator, Clay County
Sheriff's Department; and **DOES**,
Doctor "Darrell" and Nurse
"Dora", Medical Department,
Clay County Sheriff's Department  **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Clark hasn't updated his address; and the time to do so has passed. *Doc. 11.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026