IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL FRANKLIN CLARK, JR.                                        PLAINTIFF
#113059

v.                              No: 3:25-cv-126-DPM

RONNIE COLE, Sheriff, Clay
County;  CANDY FRY, Jail
Administrator, Clay County
Sheriff's Department;  and DOES,
Doctor "Darrell" and Nurse
"Dora", Medical Department,
Clay County Sheriff's Department                                DEFENDANTS

## JUDGMENT

Clark's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026